IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-10893
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JUAN JOSE AVILA-RAMOS, also known as
Manuel Avila-Ramos,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:00-CR-28-1-C
- - - - - - - - - -
February 15, 2001

Before SMITH, BARKSDALE, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Juan Jose Avila-Ramos (Avila) appeals his conviction and 57-month prison sentence following a plea of guilty to illegal re-entry into the United States after deportation. *See* 8 U.S.C. § 1326. Avila argues that the felony conviction that resulted in his increased sentence under 8 U.S.C. § 1326(b)(2) was an element of the offense that should have been charged in the indictment. He acknowledges that his argument is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998), but he seeks to

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

preserve the issue for Supreme Court review in light of *Apprendi v. New Jersey*, 120 S. Ct. 2348 (2000). *Apprendi* did not overrule *Almendarez-Torres*. *See Apprendi*, 120 S. Ct. at 2361-62 & n.15. Avila's argument is foreclosed. *See Almendarez-Torres*, 523 U.S. at 235. Accordingly, Avila's conviction and sentence are AFFIRMED.